**FILED**
August 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHERRELLE HORNBUCKLE, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00327 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release Cherrelle Hornbuckle; Case 2:11-cr-00327 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $25,000, co-signed by Kimaada Rule.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  8/1/2011  at 2:40 p.m.

By  /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge